Case 3:11-cr-30010-PKH   Document 83   Filed 08/26/15   Page 1 of 1 PageID #: 318

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

United States of America )
v. )
)
LUIS HUMBERTO HERMOSILLA-SANTIZO ) Case No: 3:11CR30010-002
) USM No: 10618-010
Date of Original Judgment: 06/04/2012 )
Date of Previous Amended Judgment: 06/06/2012 ) Bruce D. Eddy
*(Use Date of Last Amended Judgment if Any)* *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  97  months **is reduced to**  78 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  06/06/2012  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  08/26/2015                  /s/ P. K. Holmes, III
                                        *Judge's signature*

Effective Date:  11/01/2015              Honorable P. K. Holmes, III, Chief United States District Judge
*(if different from order date)*         *Printed name and title*